IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
5:09-MD-01500-JG
CIVIL ACTION NO. 7:09-cv-00053-FL

| | | |
|---|---|---|
| IN RE | ) | |
| DOLLAR GENERAL STORES | ) | ORDER |
| FLSA LITIGATION | ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 7:09-cv-00053-FL

| | | |
|---|---|---|
| CARMEN D. WATTS | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DOLGENCORP, INC., | ) | |
| Defendant. | ) | |

The matter before this Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. ). This matter is DISMISSED WITH PREJUDICE. Cost taxed as paid.

Done this  14th  day of   October, 2010  .

_____
**UNITED STATES      DISTRICT JUDGE**